# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

IN RE: STACY LAFOREST HENRY AND
MARY MARIE HENRY,
DEBTORS

Case No. 1:25-BK-70343
Chapter 7

## JOINT MOTION FOR SUBSTITUION OF ATTORNEY

Debtors, Stacy Laforest Henry and Mary Marie Henry, hereby moves this Court to grant an order

for substitution of attorney in this matter, and in support thereof further states:

1. Debtors have retained Tegan Rodkey, Esq with Resolve Law Group to represent *Debtors*

in this Chapter 7 matter.

2. Debtors request leave of the court to allow Resolve Law Group and *Tegan Rodkey*, Esq

to substitute Derek G Williams, Esq with Wasatch Legal Services as the firm of record for the Debtors

in this case.

3. Creditors would not be prejudiced by this substitution of attorney.

4. By signing below, Debtors consent to the substation of attorney and entry of an order

granting this motion.

WHEREFORE, Debtors request the Court to enter an Order for Substitution of Attorney, and

grant such other further relief that is just and appropriate under the circumstances.

DATED THIS 9TH Day of April 2025.

_____
Tegan Rodkey
Former Attorney for Debtors
Resolve Law Group
6345 Balboa Blvd, Suite 247
Encino, CA 91316
(818) 600-5526 Telephone
tegan@resolvelawgroup.com

_____
Stacy Laforest Henry, Debtor

/s/ Derek G Wittiams

_____
Derek G Williams
New Attorney for Debtors
Wasatch Legat Services
1776 E 1600 N
MAPLETON, IT 84664
Phone: 801-860-9727
dwilliams@wasatchlegalservices.com

_____
Mary Marie Henry, Debtor

*In Re: Stacy Henry Laforest and Mary Marie Henry*
*Joint Motion for Substitution of Attorney*

**CERTIFICATE OF SERVICE**

I, Derek G Williams, hereby certify that I have served a true and correct copy of the foregoing **Joint Motion for Substitution of Attorney** upon the persons shown below via the electronic filing system upon its filing as they are registered users of the system, this 14th **day of April 2025**.

M. Randy Rice
Chapter 7 Panel Trustee
124 W. Capitol, Suite 1850
Little Rock, AR 72201

Office of the U.S. Trustee
200 W. Capitol, Ste 1200
Little Rock, AR 72201

Kelly Lavas Johnson
Mackie, Wolf, Zientz & Mann, P.C.
Attorney for PHH Mortgage Corporation
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

Leslie N Mann
Mackie, Wolf, Zientz & Mann, P.C.
Attorney for PHH Mortgage Corporation
1701 Centerview Drive, Suite 207
Little Rock, AR 72211

Tegan Rodkey
Resolve Law Group
Former Attorney for Debtors
6345 Balboa Blvd, Suite 247
Encino, CA 91316

Robert J Fehse
Evan's Petree
1715 Aaron Brenner Drive
Ste. 800, Memphis, TN 38120

**Then to the following via First Class Mail, Postage Paid:**

**Action Revenue Recovery**
Attn: Bankruptcy
PO Box 4084
Monroe, LA 71201

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St 4th Floor
Pittsburgh, PA 15212

**Arkansas Department of Revenue**
PO Box Box 2144
Houston, TX 77203

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
PO Box Box 182125
Jeffersonville, OH 43128

**Comenitybank/ptspwrmc**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Continental Finance Company**
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

**Cornerstone**
P.O. Box 60610
Harrisburg, PA 17106

**Cws/cw Nexus**
Po Box 9201
Old Bethpage, NY 11804

**Discover Financial**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

**Fingerhut Fetti/Webbank**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**First National Bank**
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

**First Premier Bank**
PO Box 5524
Sioux Falls, SD 57117

**First Savings Bank**
Attn: Bankruptcy
P.O. Box 5019
Sioux Falls, SD 57117-5019

**FreedomPlus**
Attn: Bankruptcy
1875 South Grant St , Ste 400
San Mateo, CA 94402

**Genesis FS Card Services**
PO Box Box 84059
Columbus, GA 31908

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Lvnv Funding/Resurgent Capital**
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

**Merrick Bank/Card Works**
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804-9001

**Mission Lane LLC**
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

**NCB Management Services**
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053

**Newrez**
c/o PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

**Oliphant Usa**
Attn: Bankruptcy
1800 2nd St. , Suite 603
Sarasota, FL 34236

**PenFed CU**
2930 Eisenhower Ave
Alexandria, VA 22314

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

**Regions Bankcard**
Attn: Bankruptcy
1900 5th Ave N
Hoover, AL 35203

**Solar Mosaic Inc**
Attn: Bankruptcy
300 Lakeside Dr , 24th Fl
Oakland, CA 94612

**Sunrise Credit Services, Inc.**
Attn: Bankruptcy
PO Box 9004
Melville, NY 11747-9004

**Upstart**
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

**Telecom Self-reported**
Po Box 4500
Allen, TX 75013

**TD Auto Finance**
PO Box 9223
Farmington, MI 48333-9223

*In Re: Stacy Henry Laforest and Mary Marie Henry*
*Joint Motion for Substitution of Attorney*

**Then to the following by email to:**
Debtors – Stacy Henry Laforest and Mary Marie Henry



/s/ Derek G Williams
Derek G Williams
Attorney for the Debtors
Wasatch Legal Services
1776 E 1600 N
MAPLETON, UT 84664
Phone: 801–860–9727
dwilliams@wasatchlegalservices.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

IN RE:     STACY LAFOREST HENRY AND        Case No. 1:25-BK-70343
MARY MARIE HENRY,                           Chapter 7
DEBTORS

## ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF ATTORNEY

THIS CASE CAME on for consideration without hearing, on the Joint Motion for Substitution of attorney (the "Motion") (Doc. No____).  The court having considered the Motion and consent of Debtors, Stacy La Forest Henry and Mary Marie Henry, finds the motion should be granted.  Accordingly, it is:

**ORDERED**

1. The Motion (Doc. No____) is **GRANTED.**

2. Derek G Williams, Esq with Wasatch Legal Services is substituted for Tegan Rodkey, Esq with Resolve Law Group as attorney of record for Stacy La Forest Henry and Mary Marie Henry.

3. Tegan Rodkey, Esq is relieved from all further obligations on this case.

4. Parties should serve all future correspondence or pleadings on: Derek G Williams, Wasatch Legal Services PLLC, 1133 N Main Street, Layton, UT 84041.

**IT IS SO ORDERED**.

_____
Honorable Richard D Taylor
United States Bankruptcy Judge