IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: STACY LAFOREST HENRY

CASE NO: 1:25-bk-70343 T
Chapter 13

## CHAPTER 13 ORDER TO PAY TRUSTEE
### (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the debtor named above shall pay the sum of *$2,578.75 MONTHLY* and each succeeding period thereafter to:

> Jack W Gooding, Trustee
> 4030 Momentum Place
> Chicago, IL  60689-5340

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check, or other payment form accepted by the Trustee and *are due by the 22nd of each month unless scheduled otherwise*.

IT IS FURTHER ORDERED, that the payments required herein are to commence immediately upon receipt of this Order.

IT IS FURTHER ORDERED THAT this Order supersedes any previous order to the debtor to make payments to the Trustee in this case.

Date: 07/23/2025

_____/s/ RICHARD D. TAYLOR_____
Richard D. Taylor, Bankruptcy Judge

cc:  STACY LAFOREST HENRY
     MARY MARIE HENRY - U.S.P.S.
     WASATCH LEGAL SERVICES - Electronic
     JACK W GOODING - Electronic